# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2010 FEB -1  AM 11: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09CR1597-JM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ROBIN L. WILSON (04), | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

_XX_  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 29, 2010

_____
JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE


ENTERED ON _____